

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00706-CV

**JUDSON INDEPENDENT SCHOOL DISTRICT** and Michael L. Williams, in his official capacity as Commissioner of Education,
Appellants

v.

Maria Hortencia **RUIZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20399
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the district court is REVERSED and judgment is RENDERED affirming the decision of the Commissioner of Education signed December 5, 2012.

We ORDER that the appellants, Judson Independent School District and Michael L. Williams in his official capacity as Commissioner of Education, recover their costs of this appeal from appellee, Maria Hortencia Ruiz.

SIGNED March 31, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice